■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARENZAL MANUEL, Also Known as LARENZEL MANUEL, Also Known as LORENZEL MANUEL, Appellant. [670 NYS2d 770] —Judgment, Supreme Court, New York County (Herbert Altman, J., at suppression hearing; Richard Andrias, J., at plea and sentencing), rendered on February 3, 1995, convicting defendant of criminal possession of a weapon in the third degree, and sentencing him to a prison term of 75 days to be served concurrently with 5 years' probation, unanimously affirmed.

Defendant's motion to suppress was properly denied. We see no reason to disturb the hearing court's credibility determinations, which are supported by the record (see, People v Prochilo, 41 NY2d 759, 761). Concur—Nardelli, J. P., Tom, Mazzarelli and Saxe, JJ.